UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARCUS T STRINGER #127238/513433 | CIVIL ACTION NO. 21-cv-4118 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DEP W TENGEY | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation (Record Document 24) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment (Record Document 20) by Defendants is **GRANTED** and that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 12th day of May, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE